**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| NELSON LEONIDAS LOPEZ SALVADOR; <br> FLORENTINE PEREZ TEMA; <br> MIGUEL TULUXAN LUX; <br> ADALBERTO ALEXANDER TOL CHAT; <br> LETICIA MARTINEZ; <br> EMILIO HERNANDEZ RUIZ; <br> FRANCISCO HERNANDEZ RUIZ; <br> RAMIRO MARTINEZ; <br> ISIDRO MARTINEZ; <br> HONORIO MARTINEZ MEJIA, <br><br> *Petitioners*, <br><br> v. <br><br> MARKWAYNE MULLIN, <br>      In his official capacity as Secretary of <br>      Homeland Security, <br> TODD BLANCHE , <br>      In his official capacity as Acting U.S. <br>      Attorney General; <br> JAMES BAUSCH, <br>      In his official capacity as Deputy Field <br>      Office Director, Buffalo Field Office, <br>      U.S. Immigration & Customs Enforcement; <br> PHILIP RHONEY, <br>      In her official capacity as Deputy Field <br>      Office Director, Buffalo Field Office, <br>      U.S. Immigration & Customs Enforcement; <br> TODD LYONS, <br>      In his official capacity as Acting Director, <br>      U.S. Immigration and Customs Enforcement; <br><br> *Respondents*. | Civil Action No. 9:26-cv-715 (AMN) |

**STIPULATION OF VOLUNTARY DISMISSAL**
**PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(ii)**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties and their

respective counsel, that this case is voluntarily dismissed, without prejudice, pursuant to Federal

Rule of Civil Procedure 41(a)(1)(A)(ii), without costs or fees as against any party.

1

SO STIPULATED:


Dated: May 20, 2026

/s/ *Matthew Borowski*
Matthew Borowski, Esq.
*Attorney for Petitioners*
Borowski Witmer Immigration Lawyers
4343 Union Road
Buffalo, NY 14225
Bar Roll No. 707144



Dated: May 20, 2026

TODD BLANCHE
Acting Attorney General

JOHN A. SARCONE III
First Assistant United States Attorney


By:    /s/ *Christopher R. Moran*
Christopher R. Moran
*Attorney for Respondents*
Assistant United States Attorney
*445 Broadway, Room 218*
Albany, NY 12207
Bar Roll No. 700767


IT IS SO ORDERED:

_____
Anne M. Nardacci
U.S. District Judge

Dated:  May 22, 2026
        Albany, NY

2